U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. - Atlanta

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

OCT 24 2017

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Division: Atlanta
(USAO: 2016R00642)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

| | |
|---|---|
| COUNTY NAME: Fulton | DISTRICT COURT NO. **1:17-CR-367** |
| | MAGISTRATE CASE NO. |

X Indictment      Information      Magistrate's Complaint
DATE: October 24, 2017      DATE:      DATE:

**UNITED STATES OF AMERICA**
vs.
**GREGORY MCLEOD**

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony   Misdemeanor

### Defendant Information:

Is the defendant in custody?   Yes   X No
Will the defendant be arrested pending outcome of this proceeding?   X Yes   No
Is the defendant a fugitive?   Yes   X No
Has the defendant been released on bond?   Yes   X No

Will the defendant require an interpreter?   Yes   X No

District Judge:

Attorney: Brent Alan Gray
Defense Attorney: