AO 442 (12/85) Warrant for Arrest                                        1D433506



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,                              WARRANT FOR ARREST

vs.

GREGORY MCLEOD                                         CASE NO. 1:17-CR-367-SCJ
AGENT TO ARREST

To: The United States Marshal
    and any Authorized United States Officer

   **YOU ARE HEREBY COMMANDED** to arrest GREGORY MCLEOD and bring him or her forthwith to the nearest magistrate to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

Charging him or her with (brief description of offense): Deprivation of rights under color of law and destruction, alteration or falsification of records in federal investigations and knowingly and willfully made materially false, fictitious, and fraudulent statements in a matter within the jurisdiction of the Office of the Inspector General and the Federal Bureau of Investigation.

in violation of **Title 18, United States Code, Section(s) 242 and 1519**

JAMES N. HATTEN                                        Clerk, U.S. District Court
Name of Issuing Officer                                Title of Issuing Officer

[signature]                                            October 25, 2017 at Atlanta, Georgia
Signature of Issuing Officer                           Date and Location

                                                                       FILED IN CLERK'S OFFICE
Bail Fixed at $_____              By:_____                      U.S.D.C. - Atlanta
                                       Name of Judicial Officer
                                                                           NOV 03 2017
                              **RETURN**
This warrant was received and executed with the arrest of the above-named defendant at:   JAMES N. HATTEN, Clerk
                                                                                          By: [signature]
             OIG - DOJ                                                                        Deputy Clerk

Date Received: 10-12-17            Steven Borders, S/A
                                   Name and Title of Arresting Officer

Date of Arrest: 10-27-17           by: Shroni Benton, USMS N/GA
                                   Signature of Arresting Officer

# 71152-019