IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | CRIMINAL CASE NO. |
| v. | 1:17-CR-0367-SCJ-JFK |
| GREGORY MCLEOD, | |
| Defendant. | |

# **O R D E R**

Counsel for the defendant having reported to the Magistrate Judge that there is no need for a pretrial conference and having moved for a continuance of the same [Doc. 10]; that no pretrial motions were filed; and that there are no problems relating to the scheduling of the trial and / or Plea and Rule 11 Hearing;

**IT IS THEREFORE ORDERED** and **ADJUDGED** that this action be, and the same is hereby, declared Ready For Trial, and that Defendant's motion [Doc. 10] to continue the pretrial conference be denied as **MOOT**.

**IT IS SO ORDERED**, this the 21ST day of November, 2017.

_____
JANET F. KING
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)